In re PATTON. (Supreme Court, Appellate Division, Second Department. May 1, 1903.) In the matter of the application of Henry De Ford Patton for admission to the bar. No opinion. Application granted.

In re PEARSALL. (Supreme Court, Appellate Division, Second Department. April 2, 1903.) In the matter of the application of Josiah L. Pearsall for an order compelling the town clerk of the town of North Hempstead to perform certain duties. No opinion. Order affirmed, without costs.

PEOPLE v. ASHER. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Proceeding by the people of the state of New York against John S. Asher, Jr. No opinion. Motion granted.

PEOPLE v. BLAZEK. (Supreme Court, Appellate Division, First Department. March 13, 1903.) Proceeding by the people of the state of New York against Stephan Blazek. No opinion. Motion granted.

PEOPLE v. BOWEN. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Proceeding by the people of the state of New York against Earnest Bowen. No opinion. Motion granted.

PEOPLE v. CUOCO. (Supreme Court, Appellate Division, First Department. March 13, 1903.) Proceeding by the people of the state of New York against Andrea Cuoco. No opinion. Motion granted.

PEOPLE, Respondent, v. FRENCH, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 31, 1903.) Proceeding by the people of the state of New York against Charles French. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. IRVIN, Appellant. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Proceeding by the people of the state of New York against John Irvin. A. H. Evans, for appellant. R. C. Taylor, for the People. No opinion. Judgment affirmed.

PEOPLE v. KOWITZ. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Proceeding by the people of the state of New York against Julius Kamen Kowitz. No opinion. Motion granted.

PEOPLE v. LUCIA. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Proceeding by the people of the state of New York against Ernest Lucia. No opinion. Motion granted.

PEOPLE, Respondent, v. McMANUS, Appellant. (Supreme Court, Appellate Division, First Department. April 9, 1903.) Proceeding by the people of the state of New York against Michael J. McManus. F. P. Randolph, for appellant. R. C. Taylor, for respondent.
PER CURIAM. Judgment affirmed.
LAUGHLIN, J., dissenting.

PEOPLE v. PLESHET. (Supreme Court, Appellate Division, First Department. March 13, 1903.) Proceeding by the people of the state of New York against Max Pleshet. No opinion. Motion granted.

PEOPLE v. RACOPULES. (Supreme Court, Appellate Division, First Department. April 24, 1903.) Proceeding by the people of the state of New York against Demetrius Racopules. No opinion. Motion granted.

PEOPLE v. ROBERTS. (Supreme Court, Appellate Division, First Department. March 6, 1903.) Proceeding by the people of the state of New York against Augustus Roberts. No opinion. Motion granted.

PEOPLE, Respondent, v. SEARLES, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 17, 1903.) Proceeding by the people of the state of New York against Lizzie Searles. No opinion. Judgment of conviction affirmed.

PEOPLE, Respondent, v. TROWBRIDGE et al., Appellants. (Supreme Court, Appellate Division, Third Department. May 6, 1903.) Proceeding by the people of the state of New York against William B. Trowbridge and others. No opinion. Judgment reversed, and new trial granted, with costs to appellants to abide event, upon prevailing opinion in People ex rel. Lewinsohn v. O'Brien, 80 N. Y. Supp. 816.

PEOPLE ex rel. BAKER, Respondent, v. COLLIER et al., Appellants. PEOPLE ex rel. DANIELS v. SAME. (Supreme Court, Appellate Division, Second Department. April 24, 1903.) Separate proceedings by the people of the state of New York, on the relation of James H. Baker and of Joseph Daniels, against William Miller Collier and others, constituting the state civil service commission. No opinion. Orders affirmed, without costs, upon authority of People ex rel. Letts v. Collier, 78 App. Div. 620, 79 N. Y. Supp. 671.

PEOPLE ex rel. BALBERT, Respondent, v. SCANNELL, Fire Com'r, Appellant. (Supreme Court, Appellate Division, Second Department. March 20, 1903.) Proceedings by the people of the state of New York, on the relation of Michael F. Balbert, against John J. Scannell, as fire commissioner, etc. No opinion. Final order and judgment affirmed, with costs, on the authority of People ex rel. Gleason v. Scannell, 172 N. Y. 316, 65 N. E. 165.